FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

'20 MAR 31 PM 12: 25

CLERK _C. Robinson_
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

MARDONIA PERGUERO,

    Petitioner,

## JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV519-121

TRACY JOHNS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 30th day of March 2020, granting

Petitioner's Motion to Voluntarily Dismiss his § 2241 Petition without prejudice and denying as

moot Respondent's Motion to Dismiss. Judgment is hereby entered, and this case stands closed.

Approved by: _____
        HON. LISA GODBEY WOOD, JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA

_March 31, 2020_
Date

Scott L. Poff
Clerk

_Candy Asbell_
(By) Deputy Clerk

